Petition for Writ of Mandamus Denied and Memorandum Opinion filed August
14, 2007








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed August 14, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00653-CV

____________

 

IN RE CALVIN D. WELLS d/b/a WELLS & SON ROOFING
COMPANY, Relator

 

 





 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 





 

M E M O R
A N D U M   O P I N I O N

On
August 8, 2007, relator filed a petition for writ of mandamus in
this Court, requesting we direct the Honorable R. Jack Cagle, Judge of County
Civil Court at Law No. 1 of Harris County, Texas, (1) to vacate his orders of
July 12, 2007 and July 27, 2007 denying relator=s motion to dismiss the underlying
lawsuit filed by real party Gary Roberts; (2) to enter an order granting the
motion to dismiss; and (3) to render a final judgment dismissing all of real
party=s claims against relator. 
Because relator failed to comply with the requirements of the Rules of
Appellate Procedure, it has not established entitlement to the extraordinary
relief sought.  See Tex. R.
App. P. 52.3 (j)(1)(A) and 52.7(a)(1).  Accordingly, we deny
relator=s petition for writ of mandamus. 

 

 

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed August 14, 2007.

Panel consists of Justices Yates, Seymore
and Guzman.